NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1077

AKIRA AKAZAWA and PALM CREST, INC.,

Plaintiffs-Appellants,

v.

LINK NEW TECH, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 03-CV-1474, Judge James V. Selna.

ON MOTION

ORDER

Upon consideration of the motion to withdraw David B. Sandelands as counsel for Link New Tech, Inc.,

IT IS ORDERED THAT:

The motion is granted. If Link New Tech intends to participate in this appeal, new counsel must enter an appearance within 30 days of the date of filing of this order.

FOR THE COURT

FEB 0 2 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: R. Joseph Trojan, Esq.
David B. Sandelands, Esq.
Link New Tech, Inc.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2010

JAN HORBALY
CLERK